IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WICKERSHAM CONSTRUCTION AND ENGINEERING, INC. | * | |
| v. | * | Civil No. – JFM-16-4087 |
| THE TOWN OF SUDLERSVILLE, MD | * | |

******

## MEMORANDUM

Defendant has filed a motion to stay. The motion (document 10) will be granted. The contract between the parties clearly provides that "[e]ither Owner or Contractor may request mediation of any Claims submitted to the Engineer for decision under Paragraph 10.05 before such decision becomes final and binding. The mediation will be governed by the Construction Industry Mediation Rules of the American Arbitration Association in effect as of the Effective Date of the Agreement." Defendant submitted an unquestionably timely request for mediation in accordance with this provision.

A separate order staying this action pending completion of mediation is being entered herewith.

Date: 2/4/17

_____
J. Frederick Motz
United States District Judge